ADAM PAUL LAXALT
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada  89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email:  jfrost@ag.nv.gov

*Attorneys for Defendant Rodolfo Carrillo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| KEISHAWN CRANFORD, | Case No.  2:16-cv-00228-MMD-VCF |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO EXTEND STAY FOR SETTLEMENT PURPOSES** |
| R. CARRILLO, | |
| Defendant. | |

Defendant Rodolfo Carrillo, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, hereby moves this Court to extend the stay for settlement purposes. This motion is made and based on the following memorandum of points and authorities, the pleadings and papers on file, and any other evidence the Court deems appropriate to consider.

**MEMORANDUM OF POINTS AND AUTHORITIES**

This is an inmate civil rights action filed pursuant to 42 U.S.C. section 1983. *See* ECF No. 6. On August 24, 2016, the Court stayed the case for ninety (90) days to allow the parties to participate in a mediation conference. On November 18, 2016, the parties

participated in the conference and reached a resolution to resolve this matter. However, the stay is set to expire on November 22, 2016, and the parties require additional time to execute a settlement agreement and file a stipulation to dismiss the case. Therefore, Defendant requests that the stay be extended for an additional thirty (30) days.

DATED this 18th day of November, 2016.

ADAM PAUL LAXALT
Attorney General

By:  /s/ Jared M. Frost
JARED M. FROST (Bar No. 11132)
Senior Deputy Attorney General

*Attorneys for Defendant*

**IT IS SO ORDERED.** The stay shall be extended until December 22, 2016. Prior to the conclusion of the stay, the parties shall file a stipulation to dismiss the case.

Dated this __28__ day of _____November_____, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

1. I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on November 21, 2016, I electronically filed the foregoing **DEFENDANT'S MOTION TO EXTEND STAY FOR SETTLEMENT PURPOSES** via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the following:

> Keishawn Cranford, #1031790
> High Desert State Prison
> P.O. Box 650
> Indian Springs, Nevada  89070
> *Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General