ADAM PAUL LAXALT
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendant Rodolfo Carrillo*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEISHAWN CRANFORD,<br><br>          Plaintiff,<br><br>v.<br><br>R. CARRILLO,<br><br>          Defendant. | Case No. 2:16-cv-00228-MMD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Keishawn Cranford, Plaintiff Pro Se, and Defendant Rodolfo Carrillo, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs.

DATED December 1st, 2016.

/s/ Keishawn Cranford
Keishawn Cranford
*Plaintiff Pro Se*

DATED December 6, 2016.

ADAM PAUL LAXALT
Nevada Attorney General

By: /s/ Jared M. Frost
Jared M. Frost (Bar No. 11132)
Senior Deputy Attorney General
Attorneys for Defendants

It is so ordered.

DATED THIS 9th day of December 2016.

/s/ Miranda M. Du
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE